KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
ERIC H. MACMICHAEL #231697
emacmichael@keker.com
BAILEY W. HEAPS #295870
bheaps@keker.com
DEEVA SHAH #319937
dshah@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

WILENNCHIK & BARTNESS, APC
BRIAN J. FOSTER #
bfoster@wb-law.com
ROSS P. MEYER #
rmeyer@wb-law.com
The Wilenchik & Bartness Building
2810 N. Third Street
Phoenix, AZ  85004
Telephone:  602 606-2810
Facsimile:  602 606-2811

Attorneys for Defendants
NIXON PEABODY, LLP and
FORREST DAVID MILDER

Attorneys for Plaintiffs
SOLARMORE MANAGEMENT
SERVICES, INC., a California
corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation; CARL AND BARBARA JANSEN, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>NIXON PEABODY, LLP, a New York limited liability partnership; FORREST DAVID MILDER, a married individual,<br><br>Defendants. | Case No. 2:20-cv-10111-CAS (JEMx)<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: October 5, 2020<br>Current Response Date: November 11, 2020<br>New Response Date: December 11, 2020<br><br>Ctrm: 8D<br>Judge: Honorable Christina A. Snyder |

Pursuant to Local Rule 8-3, Plaintiffs Solarmore Management and Carl and Barbara Jansen ("Plaintiffs") and Defendants Nixon Peabody and Forrest Milder ("Defendants") hereby stipulate that Defendants deadline to respond to the complaint is extended to and including December 11, 2020.

Pursuant to Local Rule 5-4.3.4, undersigned counsel for Defendants attests that all other signatories to this Stipulation concur in the filing's contents and authorize the filing.

Dated: November 6, 2020            KEKER, VAN NEST & PETERS LLP

By: *s/ Eric H. MacMichael*
ELLIOT R. PETERS
ERIC H. MACMICHAEL
BAILEY W. HEAPS
DEEVA SHAH

Attorneys for Defendants
NIXON PEABODY, LLP and
FORREST DAVID MILDER

Dated: November 6, 2020            WILENCHIK & BARTNESS, APC

KING, HOLMES, PATERNO & SORIANO, LLP

By: *s/Brian J. Foster*
BRIAN J. FOSTER
ROSS P. MEYER

Attorneys for Plaintiff
SOLARMORE MANAGEMENT SERVICES, INC. and
CARL and BARBARA JANSEN

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On November 6, 2020, I served the following document(s):

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

☑ by regular **UNITED STATES MAIL** by placing a copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker, Van Nest & Peters LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit. **AND**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | | |
|---|---|---|
| Howard King<br>John Snow<br>King, Holmes, Paterno & Soriano, LLP<br>1900 Avenue of the Stars, 25th Floor<br>Los Angeles, CA  90067 | Email: | JSnow@khpslaw.com |
| Brian J. Foster<br>Ross P. Meyer<br>Wilenchik & Bartness<br>The Wilenchik & Bartness Building<br>2810 N. Third Street<br>Phoenix, AZ  85004 | Email: | admin@wb-law.com<br>bfoster@wb-law.com<br>rossm@wb-law.com |

Executed on November 6, 2020, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Dori Chan*

Dori Chan