| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS #158708<br>epeters@keker.com<br>ERIC H. MACMICHAEL #231697<br>emacmichael@keker.com<br>BAILEY W. HEAPS #295870<br>bheaps@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:   415 397 7188<br><br>ATTORNEYS FOR Defendants<br>NIXON PEABODY, LLP and<br>FORREST DAVID MILDER | KING, HOLMES, PATERNO & SORIANO, LLP<br>HOWARD KING # 77012<br>hking@khpslaw.com<br>JOHN SNOW # 280790<br>jsnow@khpslaw.com<br>1900 Avenue of the Stars, 25th Floor<br>Los Angeles, CA  90067<br>Telephone:  310 282 8989<br>Facsimile:  310 282 8903<br><br>ATTORNEYS FOR Plaintiffs<br>SOLARMORE MANAGEMENT SERVICES, INC., a California corporation |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation; CARL AND BARBARA JANSEN, a married couple,<br><br>        Plaintiff,<br><br>    v.<br><br>NIXON PEABODY, LLP, a New York limited liability partnership; FORREST DAVID MILDER, a married individual,<br><br>        Defendant. | Case No. 2:20-cv-02446-JAM-DB<br><br>**JOINT STIPULATION TO EXTEND TIME TO MEET AND CONFER AND FILE STATUS REPORT AND ORDER**<br><br>Date Transferred:      12/10/2020<br><br>Trial Date:  Not yet set |

**STIPULATION OF THE PARTIES**

The parties, Plaintiffs Solarmore Management and Carl and Barbara Jansen ("Plaintiffs") and Defendants Nixon Peabody and Forrest David Milder ("Defendants"), by and through their attorneys, hereby stipulate and agree as follows:

WHEREAS, removal of this matter from Los Angeles Superior Court to the Central District of California was effected on November 4, 2020;

WHEREAS, on November 20, 2020, Defendants filed their motion to transfer venue to the Eastern District of California pursuant to 28 U.S.C. § 1404 (*see* ECF No. 20);

WHEREAS, on December 8, 2020, Judge Christina A. Snyder in the Central District of California granted Defendants' non-opposed motion to transfer venue (*see* ECF No. 25);

WHEREAS, on December 10, 2020, the case was transferred to the Eastern District of California (*see* ECF No. 26);

WHEREAS, on December 17, 2020, the Court ordered that this action was related to thirteen other actions pending in the Eastern District and assigned this action to Judge John A. Mendez (*see* ECF No. 30);

WHEREAS, Plaintiffs' current counsel will be withdrawing and Plaintiffs plan to substitute new counsel in January or February of 2021;

WHEREAS, the Court has vacated all upcoming deadlines for this action, including the deadline for Defendants' answer or responsive pleading, which was previously set for February 8, 2021;

WHEREAS, the Court's December 17, 2020 Order Requiring Service of Process and Joint Status Report (ECF No. 31) would require the parties to meet and confer and submit a joint status report on or before January 4, 2020 pursuant to Rule 26(f) (i.e., "within sixty (60) days . . . from the date of removal");

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties through their respective counsel, and subject to the approval of the Court, that the deadline for the Fed. R. Civ. P. 26(f) conference and the subsequent status report be extended to 120 days from the entry of the Court's order granting this stipulation or 30 days after the Court rules on the

Defendants' Motion to Dismiss, whichever occurs sooner.

Dated:  December 22, 2020						KEKER, VAN NEST & PETERS LLP

								By:	/s/ *Eric H. MacMichael*
									ELLIOT R. PETERS
									ERIC H. MACMICHAEL
									BAILEY W. HEAPS

									Attorneys for Defendants
									NIXON PEABODY, LLP and
									FORREST DAVID MILDER

Dated:  December 22, 2020						KING, HOLMES, PATERNO & SORIANO, LLP


								By:	/s/ *John Snow*
									(as authorized by email on 12/22/20)
									HOWARD KING
									JOHN SNOW

									Attorneys for Plaintiffs
									SOLARMORE MANAGEMENT SERVICES, INC., A CALIFORNIA CORPORATION

# **ORDER**

Based upon the stipulation of the Parties, the moving papers, and for good cause shown, the Court extends the deadline for the Fed. R. Civ. P. 26(f) conference and the subsequent status report to 120 days from the entry of this order or 30 days after the Court rules on the Defendants' Motion to Dismiss, whichever occurs sooner.

**IT IS SO ORDERED.**

DATED:  December 22, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE