| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS #158708<br>epeters@keker.com<br>ERIC H. MACMICHAEL #231697<br>emacmichael@keker.com<br>BAILEY W. HEAPS #295870<br>bheaps@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>ATTORNEYS FOR Defendants<br>NIXON PEABODY, LLP and<br>FORREST DAVID MILDER | KING, HOLMES, PATERNO & SORIANO, LLP<br>JOHN SNOW # 280790<br>jsnow@khpslaw.com<br>1900 Avenue of the Stars, 25th Floor<br>Los Angeles, CA  90067<br>Telephone:  310 282 8989<br>Facsimile:  310 282 8903<br><br>ATTORNEYS FOR Plaintiffs<br>SOLARMORE MANAGEMENT<br>SERVICES, INC., a California corporation<br><br>(Additional counsel listed on signature page) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation; CARL AND BARBARA JANSEN, a married couple,<br><br>             Plaintiff,<br><br>     v.<br><br>NIXON PEABODY, LLP, a New York limited liability partnership; FORREST DAVID MILDER, a married individual,<br><br>             Defendant. | Case No. 2:20-cv-02446-JAM-DB<br><br>**JOINT STIPULATION TO EXTEND TIME TO MEET AND CONFER AND FILE STATUS REPORT AND ORDER**<br><br>Date Transferred:      12/10/2020<br><br>Trial Date:  Not yet set |

**STIPULATION OF THE PARTIES**

The parties, Plaintiffs Solarmore Management and Carl and Barbara Jansen ("Plaintiffs") and Defendants Nixon Peabody and Forrest David Milder ("Defendants"), by and through their attorneys, hereby stipulate and agree as follows:

WHEREAS, removal of this matter from Los Angeles Superior Court to the Central District of California was effected on November 4, 2020;

WHEREAS, on November 20, 2020, Defendants filed their motion to transfer venue to the Eastern District of California pursuant to 28 U.S.C. § 1404 (*see* ECF No. 20);

WHEREAS, on December 8, 2020, Judge Christina A. Snyder in the Central District of California granted Defendants' non-opposed motion to transfer venue (*see* ECF No. 25);

WHEREAS, on December 10, 2020, the case was transferred to the Eastern District of California (*see* ECF No. 26);

WHEREAS, on December 17, 2020, the Court ordered that this action was related to thirteen other actions pending in the Eastern District and assigned this action to Judge John A. Mendez (*see* ECF No. 30);

WHEREAS, Plaintiffs' current counsel will be withdrawing and Plaintiffs plan to substitute new counsel;

WHEREAS, the Court has vacated all upcoming deadlines for this action, including the deadline for Defendants' answer or responsive pleading, which was previously set for February 8, 2021;

WHEREAS, to accommodate the substitution of new counsel, the parties previously stipulated to extend the deadline for the Fed. R. Civ. P. 26(f) conference and the subsequent status report to 120 days from the entry of the Court's order granting the stipulation or 30 days after the Court rules on Defendants' Motion to Dismiss, whichever occurs sooner (*see* ECF No. 34);

WHEREAS, on December 23, 2020, based upon the parties' stipulation, the Court extended the deadline for the Fed. R. Civ. P. 26(f) conference and the subsequent status report to 120 days from the entry of the Court's order or 30 days after the Court rules on Defendants' Motion to Dismiss, whichever occurs sooner (*see* ECF No. 35);

1      WHEREAS, the Court's December 23, 2020 Order would require the parties to conduct
2 the Rule 26(f) conference on or before April 22, 2021;

3      WHEREAS, Plaintiffs are working on the substitution of new counsel but do not expect
4 such substitution to be completed until April or May, 2021;

5      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties
6 through their respective counsel, and subject to the approval of the Court, that the deadline for the
7 Fed. R. Civ. P. 26(f) conference and the subsequent status report be extended to 120 days from
8 the entry of the Court's order granting this stipulation or 30 days after the Court rules on the
9 Defendants' Motion to Dismiss, whichever occurs sooner.

Dated:  March 11, 2021                          KEKER, VAN NEST & PETERS LLP

                                        By:   /s/ *Eric H. MacMichael*
                                              ELLIOT R. PETERS
                                              ERIC H. MACMICHAEL
                                              BAILEY W. HEAPS

                                              Attorneys for Defendants
                                              NIXON PEABODY, LLP and
                                              FORREST DAVID MILDER

Dated:  March 11, 2021                          KING, HOLMES, PATERNO &
                                              SORIANO, LLP

                                        By:   /s/ *John G. Snow*
                                              JOHN G. SNOW

                                              John G. Snow (280790)
                                              KING, HOLMES, PATERNO &
                                              SORIANO, LLP
                                              (Local counsel)

                                              Brian J. Foster
                                              Ross P. Meyer
                                              WILENCHIK &BARTNESS, APC
                                              (Lead counsel)

                                              Attorneys for Plaintiffs
                                              SOLARMORE MANAGEMENT
                                              SERVICES, INC., A CALIFORNIA
                                              CORPORATION

# **ORDER**

Based upon the stipulation of the Parties, the moving papers, and for good cause shown, the Court extends the deadline for the Fed. R. Civ. P. 26(f) conference and the subsequent status report to 120 days from the entry of this order or 30 days after the Court rules on the Defendants' Motion to Dismiss, whichever occurs sooner.

**IT IS SO ORDERED.**

Dated:  March 11, 2021                    /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE