KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
DEEVA SHAH - # 319937
dshah@keker.com
L. NICOLE ALLAN #323506
nallan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants
NIXON PEABODY, LLP and
FORREST DAVID MILDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation; CARL AND BARBARA JANSEN, a married couple, | Case No. 2:20-cv-02446-JAM-DB |
| Plaintiff, | **NOTICE OF APPEARANCE OF L. NICOLE ALLAN** |
| v. | Date Filed: 12/10/2020 |
| NIXON PEABODY, LLP, a New York limited liability partnership; FORREST DAVID MILDER, a married individual, | Trial Date:  Not yet set |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that L. Nicole Allan of the law firm of Keker, Van Nest & Peters LLP hereby makes a general appearance as counsel of record on behalf of Defendants Nixon Peabody, LLC and Forrest David Milder. Ms. Allan is a member of the State Bar of California and of the bar of this Court. Counsel consents to electronic service of all papers in this action. Counsel can be contacted at the following address, telephone number, and email:

> L. NICOLE ALLAN, SBN 323506
> Keker, Van Nest & Peters LLP
> 633 Battery Street
> San Francisco, CA  94111-1809
> Telephone: (415) 391-5400
> Facsimile:  (415) 397-7188
> Email:  nallan@keker.com

Dated: April 21, 2021               KEKER, VAN NEST & PETERS LLP

                          By:  /s/ Deeva Shah
                               ELLIOT R. PETERS
                               ERIC H. MACMICHAEL
                               BENJAMIN D. ROTHSTEIN
                               BAILEY W. HEAPS
                               DEEVA SHAH
                               L. NICOLE ALLAN

                               Attorneys for Defendants
                               NIXON PEABODY, LLP and
                               FORREST DAVID MILDER

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On **April 21, 2021**, I served the following document(s):

**NOTICE OF APPEARANCE OF L. NICOLE ALLAN**

☒ by regular **UNITED STATES MAIL** by placing a copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker, Van Nest & Peters LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit. **AND**

☒ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | | |
|---|---|---|
| Brian J. Foster<br>Ross P. Meyer<br>Wilenchik & Bartness<br>The Wilenchik & Bartness Building<br>2810 N. Third Street<br>Phoenix, AZ  85004 | Email: | admin@wb-law.com<br>bfoster@wb-law.com<br>rossm@wb-law.com |
| Howard King<br>John Snow<br>King, Holmes, Paterno & Soriano, LLP<br>1900 Avenue of the Stars, 25th Floor<br>Los Angeles, CA  90067 | Email: | JSnow@khpslaw.com<br>ksloane@khpslaw.com |

Executed on **April 21, 2021**, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Dori Chan*
Dori Chan