| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | ELLIOT R. PETERS - # 158708 |
| 2 | epeters@keker.com |
| | ERIC H. MACMICHAEL - # 231697 |
| 3 | emacmichael@keker.com |
| | BENJAMIN D. ROTHSTEIN - # 295720 |
| 4 | brothstein@keker.com |
| | BAILEY W. HEAPS - # 295870 |
| 5 | bheaps@keker.com |
| | DEEVA SHAH - # 319937 |
| 6 | dshah@keker.com |
| | L. NICOLE ALLAN - # 323506 |
| 7 | nallan@keker.com |
| | 633 Battery Street |
| 8 | San Francisco, CA 94111-1809 |
| | Telephone: 415 391 5400 |
| 9 | Facsimile: 415 397 7188 |

Attorneys for Defendants
NIXON PEABODY, LLP and
FORREST DAVID MILDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation; CARL AND BARBARA JANSEN, a married couple,<br><br>Plaintiff,<br><br>v.<br><br>NIXON PEABODY, LLP, a New York limited liability partnership; FORREST DAVID MILDER, a married individual,<br><br>Defendants. | Case No. 2:20-cv-02446-JAM-DB<br><br>**ORDER CONTINUING RULE 26(F) CONFERENCE**<br><br>Date Filed: 12/10/2020<br><br>Trial Date: Not yet set |

# ORDER CONTINUING RULE 26(F) CONFERENCE

Based on the request by Defendants, *see* ECF No. 40, and for good cause shown, the Court continues the date of the Federal Rule of Civil Procedure 26(f) conference to 90 days from the date this order is entered or to a later date more convenient for the Court.

**IT IS SO ORDERED.**

Dated: July 6, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE