KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
DEEVA SHAH - # 319937
dshah@keker.com
CHRISTINE M. ZALESKI - # 331727
czaleski@keker.com

633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendants
NIXON PEABODY, LLP and
FORREST DAVID MILDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation; CARL AND BARBARA JANSEN, a married couple,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NIXON PEABODY, LLP, a New York limited liability partnership; FORREST DAVID MILDER, a married individual,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02446-JAM-DB<br><br>**DEFENDANTS' REQUEST TO CONTINUE RULE 26(F) CONFERENCE AND [PROPOSED] ORDER**<br><br>Date Filed:  12/10/2020<br><br>Trial Date:  Not yet set |

1   On March 12, 2021, the Court granted the parties' stipulation to continue the deadline for the Federal Rule of Civil Procedure 26(f) conference to 120 days from the entry of the Court's order or 30 days after the Court ruled on any motion to dismiss filed by Defendants. ECF No. 38. This extension was intended to give Plaintiffs time to substitute new counsel. *Id.* at 2-3.

On July 6, 2021, Defendants requested that the Court further continue the Rule 26(f) conference because no new counsel had appeared, Plaintiffs had not provided any further information to Defendants regarding their new counsel, and thus the parties were unable to meet and confer in advance of the conference as required by Rule 26(f)(1). ECF No. 40. The Court granted that request the same day. ECF No. 42.

On September 27, 2021, Defendants requested that the Court again continue the Rule 26(f) conference, because no new counsel had appeared, Plaintiffs had not provided any further information to Defendants regarding their new counsel, and thus the parties were unable to meet and confer in advance of the conference as required by Rule 26(f)(1). ECF No. 45. On September 29, 2021, the Court granted that request and set the Federal Rule of Civil Procedure 26(f) conference to a date 90 days from September 29 (i.e. December 27, 2021), or to a later date more convenient for the Court. ECF No. 47.

Defendants have not yet filed a motion to dismiss. *See* ECF No. 38. To date, no new counsel has appeared on behalf of any of the Plaintiffs, nor have Plaintiffs provided further information to Defendants regarding their new counsel. Consequently, Defendants are unable to meet and confer in advance of the conference as required by Rule 26(f)(1).

For that reason, Defendants respectfully request that the Court continue the Rule 26(f) conference 90 days from the date this order is entered, or to a later date more convenient for the Court, in order to give Plaintiffs time to substitute new counsel and allow the parties to meet and confer in advance of the conference.

| | | |
|---|---|---|
| 1 | Dated: December 20, 2021 | KEKER, VAN NEST & PETERS LLP |

By: _____/s/ C. Zaleski_____
ELLIOT R. PETERS
ERIC H. MACMICHAEL
BENJAMIN D. ROTHSTEIN
BAILEY W. HEAPS
DEEVA SHAH
CHRISTINE M. ZALESKI

Attorneys for Defendants
NIXON PEABODY, LLP and
FORREST DAVID MILDER

# [PROPOSED] ORDER

Based on the request by Defendants and for good cause shown, the Court continues the date of the Federal Rule of Civil Procedure 26(f) conference to 90 days from the date this order is entered or to a later date more convenient for the Court.

**IT IS SO ORDERED.**

Dated: _____

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On **December 20, 2021**, I served the following document(s):

**DEFENDANTS' REQUEST TO CONTINUE RULE 26(F) CONFERENCE AND [PROPOSED] ORDER**

☒ by regular **UNITED STATES MAIL** by placing a copy in a sealed envelope addressed as shown below.  I am readily familiar with the practice of Keker, Van Nest & Peters LLP for collection and processing of correspondence for mailing.  According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid.  I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit. **AND**

☒ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format.  The transmission was reported as complete and without error.

| | | |
|---|---|---|
| Brian J. Foster<br>Ross P. Meyer<br>Wilenchik & Bartness<br>The Wilenchik & Bartness Building<br>2810 N. Third Street<br>Phoenix, AZ  85004 | Email: | admin@wb-law.com<br>bfoster@wb-law.com<br>rossm@wb-law.com |
| Howard King<br>John Snow<br>King, Holmes, Paterno & Soriano, LLP<br>1900 Avenue of the Stars, 25th Floor<br>Los Angeles, CA  90067 | Email: | JSnow@khpslaw.com<br>ksloane@khpslaw.com |

Executed on **December 20, 2021**, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Shelby L. Brock* (signature)

_____
Shelby L. Brock