KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
DEEVA SHAH - # 319937
dshah@keker.com
CHRISTINE M. ZALESKI - # 331727
czaleski@keker.com

633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
NIXON PEABODY, LLP and
FORREST DAVID MILDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation; CARL AND BARBARA JANSEN, a married couple,<br><br>    Plaintiff,<br><br>    v.<br><br>NIXON PEABODY, LLP, a New York limited liability partnership; FORREST DAVID MILDER, a married individual,<br><br>    Defendants. | Case No. 2:20-cv-02446-JAM-DB<br><br>**ORDER CONTINUING RULE 26(F) CONFERENCE**<br><br>Date Filed:  12/10/2020<br><br>Trial Date:  Not yet set |

# ORDER CONTINUING RULE 26(F) CONFERENCE

Based on the request by Defendants and for good cause shown, the Court continues the date of the Federal Rule of Civil Procedure 26(f) conference to 90 days from the date this order is entered or to a later date more convenient for the Court.

**IT IS SO ORDERED.**

DATED:  December 20, 2021            /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE