**KING, HOLMES, PATERNO & SORIANO, LLP**
JOHN SNOW # 280790
jsnow@khpslaw.com
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Telephone: 310 282 8989
Facsimile: 310 282 8903

Attorneys for Plaintiffs
SOLARMORE MANAGEMENT SERVICES,
INC. and CARL AND BARBARA JANSEN

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation; CARL AND BARBARA JANSEN, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>NIXON PEABODY, LLP, a New York limited liability partnership; FORREST DAVID MILDER, a married individual,<br><br>Defendants. | Case No. 2:20-cv-02446-JAM-DB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CARL AND BARBARA JANSEN ONLY, WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Date Transferred: 12/10/2020<br><br>Trial Date: Not yet set |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Carl and Barbara Jansen hereby voluntarily dismiss their claims from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) ("The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice."). Dismissal is appropriate pursuant to Rule 41(a)(1)(A)(i) because Defendants have not served either an answer or a motion for summary judgment. For clarity, this notice of dismissal does not extend to the claims brought by Plaintiff Solarmore Management Services, Inc.

Dated: February 2, 2022

KING, HOLMES, PATERNO & SORIANO, LLP

By: /s/ *John Snow*
JOHN SNOW

/s/ *Brian J. Foster*
Brian J. Foster, Esq.
WILENCHIK & BARTNESS, PC
2810 N. 3rd Street
Phoenix, Arizona 85004

Attorneys for Plaintiffs
SOLARMORE MANAGEMENT SERVICES, INC., and CARL AND BARBARA JANSEN