| | |
|---|---|
| 1 | Steven W. Thomas (State Bar No. 168967) |
| | Emily Alexander (State Bar No. 220595) |
| 2 | Mark Forrester (State Bar No. 208097) |
| | Stephen Sorensen (State Bar No. 199408) |
| 3 | THOMAS, ALEXANDER, FORRESTER |
| | & SORENSEN LLP |
| 4 | 14 27th Avenue |
| | Venice, California 90291 |
| 5 | Tel.: (310) 961-2536 |
| | Fax: (310) 526-6852 |
| 6 | |
| 7 | Attorneys for Plaintiffs |
| | SOLARMORE MANAGEMENT SERVICES, |
| 8 | INC. a California corporation |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC. a California Corporation et al.<br><br>Plaintiffs,<br><br>v.<br><br>Nixon Peabody LLP<br><br>Defendant. | CASE NO. 2:20-cv-02446-JAM-DB<br><br>**NOTICE OF ASSIGNMENT, STIPULATION FOR SUBSTITUTION OF ATTORNEY, AND ORDER**<br><br>Action Filed: August 26, 2020<br>Trial Date: None set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Solarmore Management Services, Inc. ("Solarmore") has assigned all of its claims in this litigation and/or the proceeds derived from such claims to: (i) Solar Eclipse Investment Fund VII, LLC; Solar Eclipse Investment Fund VIII, LLC; Solar Eclipse Investment Fund XIV, LLC; Solar Eclipse Investment Fund XXVII; Solar Eclipse Investment Fund XXXII, LLC; Solar Eclipse Investment Fund XXXV, LLC; Solar Eclipse Investment Fund III, LLC; Solar Eclipse Investment Fund IV, LLC; Solar Eclipse Investment Fund V, LLC; Solar Eclipse Investment Fund VI, LLC; Solar Eclipse Investment Fund X, LLC; Solar Eclipse Investment Fund XI, LLC; Solar Eclipse Investment Fund XII, LLC; Solar Eclipse Investment Fund XV, LLC; Solar

1
**NOTICE OF ASSIGNMENT, STIPULATION FOR SUBSTITUTION OF ATTORNEY, AND ORDER**

Eclipse Investment Fund XVI, LLC; Solar Eclipse Investment Fund XVII, LLC; Solar Eclipse Investment Fund XVIII, LLC; Solar Eclipse Investment Fund XIX, LLC; Solar Eclipse Investment Fund XXI, LLC; Solar Eclipse Investment Fund XXII, LLC; Solar Eclipse Investment Fund XXIII, LLC; Solar Eclipse Investment Fund XXIV, LLC; Solar Eclipse Investment Fund XXVI, LLC; Solar Eclipse Investment Fund XXVIII, LLC; Solar Eclipse Investment Fund XXIX, LLC; Solar Eclipse Investment Fund XXX, LLC; Solar Eclipse Investment Fund XXXI, LLC; Solar Eclipse Investment Fund XXXIII, LLC; and Solar Eclipse Investment Fund XXXIV, LLC (collectively, the "Funds"); (ii) Neil Luria, the court-appointed receiver for certain of the Funds (the "Receiver"); and (iii) GEICO Corporation; Progressive Casualty Insurance Company; The Sherwin-Williams Company; People's United Bank, N.A.; People's United Financial, Inc.; DV VNB Community Renewables Fund LLC; DV VNB Community Renewables Fund III LLC; Pardee Solar 1 LLC; East West Bank; East West Bancorp, Inc.; ADHI-Solar LLC (collectively the "Investors"). Additionally, Solarmore has appointed the Receiver and Funds as its attorneys-in-fact with regard to this litigation and the assigned claims. Accordingly, the Receiver and Funds are the real parties in interest for this litigation.

**IT IS HEREBY STIPULATED**, subject to Court approval, Solarmore, as the nominal Plaintiff, substitutes Stephen Sorensen, State Bar No. 199408 as counsel of record in place of Brian Foster. Stephen Sorensen serves as counsel to the Investors, the Funds and the Receiver.

Contact information for new counsel is as follows:

    Firm Name:    Thomas, Alexander, Forrester & Sorensen, LLP
    Address:    14 27th Avenue, Venice, CA 90291
    Telephone:    (310) 961-2536    Facsimile:    (310) 526-6852
    E-Mail:    ssorensen@tafsattorneys.com

**IT IS SO STIPULATED**

| | |
|---|---|
| 1   I consent to the above substitution. | *Solarmote Management Services, Inc.* |
| 2   Date: 1-31-22 | |
| 3 | (Signature of Party (s)) |
| 4   I consent to the above substitution. | *Snell & Wilmer* |
| 5   Date: 2-2-22 | |
| 6 | (Signature of Former Attorney (s)) |
| 7   I consent to the above substitution. | Thomas, Alexander, Forrester & Sorensen LLP |
| 8   Date: 2-3-22 | Stephen Sorensen |
| 9 | (Signature of New Attorney) |

DATED: February 3, 2022

**THOMAS, ALEXANDER, FORRESTER & SORENSEN LLP**

By: /s/ *Stephen Sorensen*

Steven W. Thomas
Emily Alexander
Mark Forrester
Stephen Sorensen
Thomas, Alexander, Forrester & Sorensen LLP
14 27th Avenue
Venice, California 90291
Tel: (310) 961-2536
Fax: (310) 526-6852

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

For good cause shown, The Substitution of attorney is hereby approved and so **ORDERED**.

**IT IS SO ORDERED.**

DATED: February 3, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**ORDER**