Steven W. Thomas (State Bar No. 168967)
Emily Alexander (State Bar No. 220595)
Mark Forrester (State Bar No. 208097)
THOMAS, ALEXANDER & FORRESTER LLP
1635 Village Center Circle, Suite 160
Las Vegas, NV 89134
Tel: (702) 660-1255

Attorneys for Plaintiffs
SOLARMORE MANAGEMENT SERVICES,
INC., a California corporation

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NIXON PEABODY LLP, a New York limited liability partnership; FORREST MILDER,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-02446-TLN-DB<br><br>**NOTICE OF CHANGE OF FIRM NAME, ADDRESS AND PHONE NUMBER**<br><br>Judge:　Hon. Troy L. Nunley<br>Date Filed:　December 10, 2020<br>Trial Date:　Not yet set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　PLEASE TAKE NOTICE that the law office of Thomas, Alexander, Forrester & Sorensen LLP firm's name, address, and phone number is now as follows:

**Thomas, Alexander, & Forrester LLP**
1635 Village Center Circle, Suite 160
Las Vegas, NV 89134
Tel: (702) 660-1255

　　Please note your records accordingly.

DATED: August 24, 2022

**THOMAS, ALEXANDER & FORRESTER LLP**

By: /s/   Steven Thomas

Steven W. Thomas
**Thomas, Alexander & Forrester LLP**
1635 Village Center Circle, Suite 160
Las Vegas, NV 89134
Tel: (702) 660-1255

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Eastern District of California by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: August 24, 2022

/s/ *Jose Perez*
An Employee of TAF Attorneys